# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YRIS OLVERA, MARSHA OLVERA, JAVIER E. OLVERA, JUAN MANUEL OLVERA, wife and children of decedent JUAN OLVERA,<br><br>     Plaintiffs,<br><br>  v.<br><br>KAWEAH DELTA DISTRICT HOSPITAL, a California corporation; KAWEAH DELTA HEALTH CARE DISTRICT, a California corporation; JOSE L. CAMPOS, M.D.; WEI-TZUOH CHEN, M.D., and DOES 1 to 50,<br><br>     Defendants. | NO. 1:08-CV-01803-AWI-DLB<br><br>ORDER VACATING JANUARY 5, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

  Defendants' motion to dismiss has been set for hearing in this case on January 5, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 5, 2009, is VACATED, and the parties shall not appear at that time. As of January 5, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  December 24, 2008      /s/ Anthony W. Ishii
                 CHIEF UNITED STATES DISTRICT JUDGE